UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TEGAN THIMESCH, | ) | CASE NO. CV 12-03388 RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL RE |
| vs. | ) | SETTLEMENT |
| | ) | |
| MARS CALLAHAN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having been notified of settlement of this matter by counsel,

The Court ORDERS that this action be, and hereby is, dismissed with prejudice.

The pretrial conference date of August 12, 2013, the trial date of August 20, 2013, and all other court dates are vacated.

The Clerk shall mail a copy of this Order to all counsel of record.

DATED:   August 12, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE